UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIAN MA, KUNG FU NOODLE INC.,
PENG LIU, and GRANDMA'S KITCHEN
INC.,

                    Plaintiffs,

          -v.-

ISABELLA CASILLAS GUZMAN,
*Administrator of the Small Business
Administration,*

                    Defendant.

---

21 Civ. 5653 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On November 29, 2021, the Court ordered Plaintiffs Tian Ma and Peng Liu, who are proceeding *pro se*, to show cause, in writing, on or before January 7, 2022, why this case should not be dismissed for failure to serve Defendant and failure to comply with the Court's prior Orders. (Dkt. #7). To date, the Court has not received any correspondence from Plaintiffs, and Plaintiffs have not filed proof of service on the docket. Accordingly, this case is DISMISSED without prejudice for failure to prosecute.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case. The Clerk of Court is further directed to mail a copy of this Order to Plaintiffs' address of record.

SO ORDERED.

Dated:   January 19, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge